UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM P. BUTCHER AS SPECIAL REPRESENTATIVE )<br>OF THE ESTATE OF TONI BAUM AND THE ESTATE OF )<br>OTTO J. BAUM; GRETCHEN MCALINDEN; UNKNOWN )<br>HEIRS AND LEGATEES OF TONI BAUM; UNKNOWN )<br>HEIRS AND LEGATEES OF OTTO J. BAUM; VILLAGE )<br>OF GLENDALE HEIGHTS; MICHAEL BAUM; KARIE )<br>DENNIGER MOBLEY, TIMOTHY DENNIGER, JOHN )<br>DENNIGER; UNKNOWN OWNERS AND NON-RECORD )<br>CLAIMANTS; )<br>) | Case No. 12-cv-8193<br><br>Judge: Gary Feinerman |

## MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court, for the Entry of a Judgment of Foreclosure.

In support, attached please find Plaintiff's Affidavit of Prove-Up. (See Exhibit "1", Affidavit).

        Respectfully submitted,

        GARY S. SHAPIRO
        United States Attorney

        By: *s/Caleb J. Halberg*
           CALEB J. HALBERG
           Attorney for the United States
           223 W. Jackson Blvd., Suite 610
           Chicago, IL 60606
           (312) 263-0003
           chalberg@potestivolaw.com

## **CERTIFICATE OF SERVICE**

  I, Caleb J. Halberg, certify that a true and correct copy of the foregoing **Motion for Entry of Judgment of Foreclosure** was served upon counsel of record through operation of the Court's Case Management/Electronic Case Files system on May 21, 2013, and on the following non-ECF filers by first class mailing:

**See attached Service List**

                *s/Caleb J. Halberg*
                CALEB J. HALBERG
                Attorney for the United States
                223 W. Jackson Blvd., Suite 610
                Chicago, IL 60606
                (312) 263-0003
                chalberg@potestivolaw.com

**Service List**

William P. Butcher as Special Representative
of the Estates of Toni Baum and Otto J. Baum
2044 Ridge Road
Homewood, IL 60430

Unknown Heirs and Legatees of Toni Baum
96 Glen Hill Drive
Glendale Heights 60139

Unknown Heirs and Legatees of Otto J. Baum
96 Glen Hill Drive
Glendale Heights 60139

Gretchen McAlinden
270 Main Street
Glen Ellyn, Illinois 60137

Village of Glendale Heights, Office of the Village Clerk
300 Civic Center Plaza
Glendale Heights, Illinois 60139

Michael Baum
390 Valley View Circle
Dahinda, IL 61428

Karrie Denniger Mobley
2115 J Street # 2
Iowa City, IA 52240

Timothy Denniger
2115 J Street # 2
Iowa City, IA 52240

John Denniger
2409 Miami
Iowa City, IA 52240

Unknown Owners and Non-Record Claimants
96 Glen Hill Drive
Glendale Heights 60137

*s/Caleb J. Halberg*
CALEB J. HALBERG
Attorney for Plaintiff
223 W Jackson Blvd., Suite 610
Chicago, Illinois 60606
(312) 263-0003
chalberg@potestivolaw.com