UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Case No. 12-cv-8193 ) |
| WILLIAM P. BUTCHER AS SPECIAL REPRESENTATIVE OF THE ESTATE OF TONI BAUM AND THE ESTATE OF OTTO J. BAUM; GRETCHEN MCALINDEN; UNKNOWN HEIRS AND LEGATEES OF TONI BAUM; UNKNOWN HEIRS AND LEGATEES OF OTTO J. BAUM; VILLAGE OF GLENDALE HEIGHTS; MICHAEL BAUM; KARIE DENNIGER MOBLEY, TIMOTHY DENNIGER, JOHN DENNIGER; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS; | ) ) ) Judge: Gary Feinerman ) ) ) ) ) ) ) ) |

## MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court, for the Entry of a Judgment of Foreclosure.

In support, attached please find Plaintiff's Affidavit of Prove-Up. (See Exhibit "1", Affidavit).

                                                        Respectfully submitted,

                                                        GARY S. SHAPIRO
                                                        United States Attorney

                                                        By: *s/Caleb J. Halberg*
                                                           CALEB J. HALBERG
                                                           Attorney for the United States
                                                           223 W. Jackson Blvd., Suite 610
                                                           Chicago, IL 60606
                                                           (312) 263-0003
                                                          chalberg@potestivolaw.com

# CERTIFICATE OF SERVICE

I, Caleb J. Halberg, certify that a true and correct copy of the foregoing **Motion for Entry of Judgment of Foreclosure** was served upon counsel of record through operation of the Court's Case Management/Electronic Case Files system on May 21, 2013, and on the following non-ECF filers by first class mailing:

**See attached Service List**

*s/Caleb J. Halberg*
CALEB J. HALBERG
Attorney for the United States
223 W. Jackson Blvd., Suite 610
Chicago, IL 60606
(312) 263-0003
chalberg@potestivolaw.com

**Service List**

William P. Butcher as Special Representative
of the Estates of Toni Baum and Otto J. Baum
2044 Ridge Road
Homewood, IL 60430

Unknown Heirs and Legatees of Toni Baum
96 Glen Hill Drive
Glendale Heights 60139

Unknown Heirs and Legatees of Otto J. Baum
96 Glen Hill Drive
Glendale Heights 60139

Gretchen McAlinden
270 Main Street
Glen Ellyn, Illinois 60137

Village of Glendale Heights, Office of the Village Clerk
300 Civic Center Plaza
Glendale Heights, Illinois 60139

Michael Baum
390 Valley View Circle
Dahinda, IL 61428

Karrie Denniger Mobley
2115 J Street # 2
Iowa City, IA 52240

Timothy Denniger
2115 J Street # 2
Iowa City, IA 52240

John Denniger
2409 Miami
Iowa City, IA 52240

Unknown Owners and Non-Record Claimants
96 Glen Hill Drive                  *s/Caleb J. Halberg*
Glendale Heights 60137              CALEB J. HALBERG
                                                 Attorney for Plaintiff
                                                 223 W Jackson Blvd., Suite 610
                                                 Chicago, Illinois 60606
                                                 (312) 263-0003
                                                 chalberg@potestivolaw.com